

Houston Goddard
10 North Post Street, Suite 700
Spokane, Washington 99201
509.624.7606
Attorney for Lawrence Williams, *also known as* Mikaeel Youf Azeem

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
Hon. Thomas O. Rice

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>Lawrence Williams, *also known as* Mikaeel Youf Azeem,<br><br>　　　　　Defendant. | No. 2:20-cr-171-TOR<br><br>Notice of Intent to Enter Guilty Plea |

Mikaeel Azeem has been charged with (1) wire fraud in violation of 18 U.S.C. § 1343, and (2) aggravated identity theft in violation of 18 U.S.C. § 1028A.[1] He is scheduled to appear before the Court for a pretrial conference on May 6, 2021.[2] The defense understands that the government will dismiss Count 2 (aggravated identity theft) prior to the pretrial conference. At the pretrial conference, the defense anticipates Mr. Azeem pleading guilty to Count 1 (wire fraud). Because Mr. Azeem would be pleading guilty without a plea agreement, the defense submits the following summary in the hope it may assist the Court.

**A. Maximum Statutory Penalties**

Mr. Azeem understands the wire fraud charge carries the following maximum statutory penalties:

- imprisonment of up to 20 years;
- a fine of up to $250,000;
- a term of supervised release of up to three years; and
- a $100 special penalty assessment.[3]

**B. Sentencing Guidelines**

Mr. Azeem understands that the Court will determine his Offense Level and Criminal History Category under the Federal Sentencing Guidelines, which will result

---

[1] ECF No. 1 (Indictment).
[2] ECF No. 20 (Order Granting Motion to Continue).
[3] 18 U.S.C. §§ 1343, 3013(a)(2)(A), 3571(b)(3), 3583(b)(2); *see also* ECF No. 3 (Penalty Slip).

NOTICE OF INTENT TO ENTER GUILTY PLEA
- 1 -

in an advisory sentencing range. Mr. Azeem understands that the Court must consider this range as one of the sentencing factors set forth at 18 U.S.C. § 3553(a).

**C. Elements of the Offense**

To convict Mr. Azeem of wire fraud, the United States would have to prove the following elements beyond a reasonable doubt:

- Mr. Azeem knowingly devised a scheme or plan to defraud, or a scheme or plan to obtain money or property by means of false or fraudulent pretenses, representations, or promises;
- The statements made as part of the scheme were material;
- Mr. Azeem acted with the intent to defraud; and
- Mr. Azeem used an interstate wire communication to carry out an essential part of the scheme.

**D. Factual Basis**

The defense anticipates Mr. Azeem agreeing to the following facts:

While residing in Spokane, Washington, Mr. Azeem lived in a residence owned by Phoenix Counseling Services. He was not authorized to request payments on behalf of Phoenix Counseling Services. Mr. Azeem was acquainted with J.G., whose Social Security payments were handled on her behalf by the Humboldt County, California, Public Guardian Office. Between August 31, 2020, and September 3, 2020, Mr. Azeem contacted J.G.'s Humboldt County payee and represented that he was an employee of Phoenix Counseling Services and was providing services to J.G. On September 1, 2020, Mr. Azeem, while in the Eastern District of Washington, sent the Humboldt County

payee an email purporting to be an itemized invoice requesting $2,450 in payment for services Phoenix Counseling Services had allegedly provided to J.G. After receiving this email, the Humboldt County payee mailed Mr. Azeem a check for $2,450. Mr. Azeem received this check and cashed it in Spokane, Washington.

### E. Waiver of Rights

Mr. Azeem understands by pleading guilty, he is knowingly and voluntarily waiving certain constitutional rights, including:

- the right to a jury trial;
- the right to see, hear, and question the witnesses;
- the right to remain silent at trial;
- the right to testify at trial; and
- the right to compel witnesses to testify.

While Mr. Azeem is waiving certain constitutional rights, he understands he retains the right to be assisted through the sentencing and any direct appeal by an attorney, who will be appointed at no cost if Mr. Azeem cannot afford to hire an attorney.

Dated: April 15, 2021

Federal Defenders of Eastern Washington & Idaho
Attorneys for Lawrence Williams, *also known as* Mikaeel Youf Azeem

s/ Houston Goddard
Houston Goddard, NY #4545851

**SERVICE CERTIFICATE**

I certify that on April 15, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will notify Assistant United States Attorneys Michael Ellis and Timothy Ohms.

<u>s/ Houston Goddard</u>
Houston Goddard, NY #4545851