# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                          Plaintiff,<br><br>   v.<br><br>LAWRENCE WILLIAMS,<br>*aka Mikaeel Youf Azeem*,<br><br>                          Defendant. | NO: 2:20-CR-0171-TOR<br><br>ORDER DISMISSING COUNT 2 OF THE INDICTMENT WITHOUT PREJUDICE |

     Before the Court is the government's Motion for Order of Dismissal of Count 2 Without Prejudice (ECF No. 23). The Court has reviewed the motion and the file therein and is fully informed. The Government seeks to dismiss Count 2 of the Indictment in this matter pursuant to Fed. R. Crim. P. 48(a). Defendant has no objection. For good cause shown, the Court grants the motion, but makes no judgment as to the merit or wisdom of this dismissal.

     Accordingly, IT IS HEREBY ORDERED:

     1. The government's Motion for Order of Dismissal of Count 2 Without

ORDER DISMISSING COUNT 2 OF THE INDICTMENT WITHOUT PREJUDICE ~ 1

1  Prejudice (ECF No. 23) is **GRANTED.**

2  2. Count 2 of the Indictment filed on December 1, 2021 (ECF No. 1), is

3  **DISMISSED WITHOUT PREJUDICE**.

4  The District Court Executive is hereby directed to enter this Order, adjust the

5  docket accordingly, and provide copies to counsel, the U.S. Probation Office, and

6  the U.S. Marshal's Service.

7  DATED May 6, 2021.



THOMAS O. RICE
United States District Judge